583 A.2d 346

CARY EDWARDS, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY v. DANIEL DALTON.

March 26, 1990.

Petition for certification denied.

583 A.2d 347

IN RE SAINT BARNABAS MEDICAL CENTER UNCOMPENSATED CARE AUDIT ADJUSTMENTS.

March 26, 1990.

Petition for certification denied.

583 A.2d 347

STATE OF NEW JERSEY v. GERALD WATTS.

March 26, 1990.

Petition for certification denied.

583 A.2d 347

STATE OF NEW JERSEY v. JOHN REGAN AND PATRICK DELLO RUSSO.

March 26, 1990.

Petition for certification denied.